UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL B. MERCER,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br><br>    Defendant.. | CASE NO. C09-1826-RSM<br><br>ORDER GRANTING IN PART<br>STIPULATED MOTION TO AMEND<br>BRIEFING SCHEDULE |

Plaintiff has filed a stipulated Motion to Amend the Briefing Schedule (Dkt. 13), requesting that the deadline for the Opening Brief be reset for June 29, 2010. Plaintiff makes this request to allow defendant time to file a supplement to the administrative record of the recently-located May 1, 2007 hearing transcript. The Court hereby GRANTS plaintiff's motion in part, and amends the briefing schedule as follows:

Plaintiff's Opening Brief is due by June 1, 2010;

Defendant's Responsive Brief is due by June 29, 2010;

Plaintiff's optional Reply Brief is due by   July 13, 2010.

/ / /

ORDER GRANTING IN PART STIPULATED
MOTION TO AMEND BRIEFING SCHEDULE
PAGE -1

01        Plaintiff's request to extend the briefing schedule by 55 days is unwarranted at this time. If the parties need additional time to either file the administrative record supplement or their briefing, they should file a new motion to extend, providing the Court with an updated status of completition of the administrative record.

05        DATED this 5th day of May, 2010.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING IN PART STIPULATED
MOTION TO AMEND BRIEFING SCHEDULE
PAGE -2