UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROL MERCER, | ) |
| | ) CASE NO. C09-1826-RSM-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER GRANTING LIMITED |
| | ) EXTENSION OF TIME OF BRIEFING |
| MICHAEL J. ASTRUE, | ) SCHEDULE |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Plaintiff has filed the parties' second stipulation for extension of time (Dkt. 19), requesting a 30-day extension of the due date in which to file his responsive brief. A previous extension was granted on May 5, 2010 (Dkt. 15). Having considered the stipulation, and the entire docket in the case, the Court hereby GRANTS an extension of the remaining briefing schedule, but declines to use the dates requested by the parties. The deadlines for the remaining briefing are scheduled as follows:

Plaintiff's Opening Brief:        June 29, 2010

Defendant's Responsive Brief:     July 27, 2010

Plaintiff's optional Reply Brief: August 10, 2010

ORDER GRANTING LIMITED EXTENSION
OF TIME OF BRIEFING SCHEDULE
PAGE -1

01 **The parties should take note that no further extensions will be granted absent**

02 **extraordinary circumstances.**

03        DATED this <u>1st</u> day of June, 2010.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge